STATE OF NEW YORK      UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130      AND FILED ON      6/29/2007

| | |
|---|---|
| MAURICIO DE JESUS ARRIAGA<br><br>Vs.<br><br>VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                       )
                                                             SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____7/5/2007_____ at _____1:38PM_____, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES

Party Served: VILLAGE/TOWN OF MOUNT KISCO, NEW YORK      (herein called recipient) therein named.

At Location: 104 MAIN STREET
MOUNT KISCO NY

By delivering to and leaving with PAULA MAIRANO and that deponent knew the person so served to be the DEPUTY CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM      Color of Skin WH      Color of Hair BLK/BRN
Age 45      Height 5'2"-5'4"
Weight 115      Other Features

Sworn to before me on _____7/5/2007_____

*[signature: Gail Williams]*              *[signature]*
                                                                Gary Williams
                                                                  Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4680082
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130   AND FILED ON   6/29/2007

| | |
|---|---|
| MAURICIO DE JESUS ARRIAGA | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE#1                                      (herein called recipient)
                                                                 therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
             104 MAIN STREET
             MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MAIRANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the 7/5/2007

_____                            _____
GAIL WILLIAMS                                         Gary Williams
Notary Public,                                        Server's License#:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130     AND FILED ON     6/29/2007

MAURICIO DE JESUS ARRIAGA     Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK     ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE #2 (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with PAUL MAIRANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |

Other Features

Sworn to before me on the 7/5/2007

_Gail Williams_
Notary Public
Qualified
Commission 20/2

_Gary Williams_
Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130     AND FILED ON     6/29/2007

MAURICIO DE JESUS ARRIAGA                                    Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                              ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE #3                                    (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
             104 MAIN STREET
             MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MAIRANO, DEPUTY CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the 7/5/2007

_____                    _____
Gail Williams                                 Gary Williams
Notary Public, State of New York              Server's License#:
Qualified in Westchester County
Commission Expires September 30, 2012

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130   AND FILED ON   6/29/2007

MAURICIO DE JESUS ARRIAGA — Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE#4 (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MARIANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
| --- | --- | --- | --- | --- | --- |
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the 7/5/2007

Gail Williams
Notary Public, State of New York
No. _____
Qualified in Westchester County
Commission Expires September __, 2010

Gary Williams
Server's License#: _____

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.6130    AND FILED ON    6/29/2007

MAURICIO DE JESUS ARRIAGA

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK  ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE #5 (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MAIRANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's ✓ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the 7/5/2007

Gail Williams
Notary Public, State of New York
No. ...
Qualified in Westchester County
Commission Expires September 20, 20/0

Gary Williams
Server's License#: