STATE OF   NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.6130          AND FILED ON          6/29/2007

MAURICIO DE JESUS ARRIAGA                                    Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                  SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____7/5/2007_____ at _____1:38PM_____, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES

Party Served: VILLAGE/TOWN OF MOUNT KISCO, NEW YORK          (herein called recipient) therein named.

At Location: 104 MAIN STREET
MOUNT KISCO NY

By delivering to and leaving with  PAULA MAIRANO  and that deponent knew the person so served to be the   DEPUTY CLERK   of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM     Color of Skin  WH      Color of Hair  BLK/BRN
Age  45     Height  5'2"-5'4"
Weight  115     Other Features

Sworn to before me on   7/5/2007
_Gail Williams_

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130   AND FILED ON   6/29/2007

| | |
|---|---|
| MAURICIO DE JESUS ARRIAGA<br><br>Vs.<br><br>VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                           ) SS
COUNTY OF WESTCHESTER                )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served:    JOHN DOE#1                                                (herein called recipient) therein named.
At Location:     C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
                 104 MAIN STREET
                 MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MAIRANO, DEPUTY CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BLK/BRN |
|---|---|---|---|---|---|---|
| Age | 45 | Height | 5'2"-5'4 | Weight | 115 | |

Other Features

Sworn to before me on the 7/5/2007

_____
GAIL WILLIAMS
Notary Public, ...

_____
Gary Williams
Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130   AND FILED ON   6/29/2007

MAURICIO DE JESUS ARRIAGA   Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE #2   (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with PAUL MAIRANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: WH   Color of Hair: BLK/BRN
Age: 45   Height: 5'2"-5'4"   Weight: 115
Other Features:

Sworn to before me on the 7/5/2007

Gail Williams
Notary Public

Gary Williams
Server's License#: 2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130   AND FILED ON   6/29/2007

MAURICIO DE JESUS ARRIAGA    Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE #3   (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MAIRANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the 7/5/2007

Gail Williams
Notary Public, State of New York

Gary Williams
Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130       AND FILED ON       6/29/2007

| | |
|---|---|
| MAURICIO DE JESUS ARRIAGA  Vs.  VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL | Plaintiff(s)/Petitioner(s)  Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE#4                                     (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
             104 MAIN STREET
             MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MARIANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLK/BRN
Age: 45    Height: 5'2"-5'4"    Weight: 115
Other Features:

Sworn to before me on the 7/5/2007

GAIL WILLIAMS
Notary Public, State of New York
No.
Qualified in Westchester County
Commission Expires 2010

Gary Williams
Server's License#:

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.6130     AND FILED ON     6/29/2007

MAURICIO DE JESUS ARRIAGA

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE #5    (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MAIRANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's ✓ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the 7/5/2007

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires September 20, 2010

Gary Williams
Server's License#: