STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130   AND FILED ON   6/29/2007

MAURICIO DE JESUS ARRIAGA

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES

Party Served: VILLAGE/TOWN OF MOUNT KISCO, NEW YORK   (herein called recipient) therein named.

At Location: 104 MAIN STREET
MOUNT KISCO NY

By delivering to and leaving with PAULA MAIRANO and that deponent knew the person so served to be the DEPUTY CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLK/BRN
Age 45   Height 5'2"-5'4"
Weight 115   Other Features

Sworn to before me on 7/5/2007

Gail Williams

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires September 30, 2010

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 07CIV.6130 | AND FILED ON    6/29/2007 |

| | |
|---|---|
| MAURICIO DE JESUS ARRIAGA<br><br>Vs.<br><br>VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK             )
                                                    ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On  7/5/2007  at  1:38PM , deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE#1         (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with  PAULA MAIRANO, DEPUTY CLERK  a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On  7/5/07 , deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'2"-5'4 | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the  7/5/2007

_____
GAIL WILLIAMS
Notary Public, ...

_____
Gary Williams
Server's License#:

STATE OF  NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.6130          AND FILED ON          6/29/2007

MAURICIO DE JESUS ARRIAGA                                                      Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL                                   Defendant(s)/Respondent(s)

STATE OF:  NEW YORK            )
                               ) SS
COUNTY OF WESTCHESTER          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On __7/5/2007__ at __1:38PM__, deponent did serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served:     JOHN DOE #2                                                   (herein called recipient)
                                                                                therein named.
At Location:      C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
                  104 MAIN STREET
                  MOUNT KISCO NY  10549

By delivering to and leaving with __PAUL MAIRANO, DEPUTY CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __7/5/07__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the __7/5/2007__

_Gail Williams_
GAIL WILLIAMS
Notary Public, State of New York
Qualified...
Commission...
                        20/2

_Gary Williams_
Gary Williams

Server's License#:

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 07CIV.6130 | AND FILED ON    6/29/2007 |

MAURICIO DE JESUS ARRIAGA                                                                Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                                                  SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/5/2007__ at __1:38PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE #3                                                                                  (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with __PAULA MAIRANO, DEPUTY CLERK__ a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On __7/5/07__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the __7/5/2007__

_Gail Williams_
Notary Public, State of New York
Qualified in Westchester County
Commission Expires ...

Gary Williams
Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6130   AND FILED ON   6/29/2007

MAURICIO DE JESUS ARRIAGA                                      Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                      ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT,ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE#4                                    (herein called recipient) therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
             104 MAIN STREET
             MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MARIANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the
SUMMONS,COMPLAINT,ELECTRONIC FILING RULES AND JUDGE'S RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair  BLK/BRN
Age  45   Height  5'2"-5'4"   Weight  115
Other Features

Sworn to before me on the 7/5/2007

Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
No.
Qualified in Westchester County
Commission Expires September 2010

Gary Williams
Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.6130    AND FILED ON    6/29/2007

MAURICIO DE JESUS ARRIAGA                                                    Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL                Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                                              ) SS
COUNTY OF WESTCHESTER                         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/5/2007 at 1:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES
Party Served: JOHN DOE #5                                                                          (herein called recipient)
                                                                                                                    therein named.
At Location: C/O VILLAGE/TOWN OF MOUNT KISCO CLERK
104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MAIRANO, DEPUTY CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 7/5/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, ELECTRONIC FILING RULES AND JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'2"-5'4" | Weight | 115 |
| Other Features | | | | | |

Sworn to before me on the 7/5/2007

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in Westchester County
Commission Expires September 20, 20/0

Gary Williams
Server's License#: