UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Mauricio De Jesus Arriaga,

                            Plaintiff,                        07 CIVIL 06130 (KMK)(MDF)

        -against-

Village/Town of Mt. Kisco, et al
                            Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **James A. Randazzo**

☒    *Attorney*

     ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
           JR0156

     ☐    I am a Pro Hac Vice attorney

     ☐    I am a Government Agency attorney

☒    *Law Firm/Government Agency Association*

     From: **Santangelo Randazzo & Mangone LLP**

     To:    **Gelardi & Randazzo LLP**

     ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

     ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    *Address:* 151 Broadway, Hawthorne, NY 10532

☒    *Telephone Number:* 914-495-3050

☒    *Fax Number:* 914-495-3051

☒    *E-Mail Address:* jrandazzo@gandrlaw.com

Dated: 7-1-08